| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Jill M. Plasky** | Social Security number or ITIN | **xxx–xx–6401** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | Date case filed for chapter | **7   11/8/19** |
| Case number: | **19–31858** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Jill M. Plasky | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 56 Bridlepath Dr<br>Lindenhurst, IL 60046–4958 | |
| 4. | **Debtor's attorney**<br>Name and address | Paul R Idlas<br>Law Offices Of Paul R. Idlas<br>1099 N Corporate Circle<br>Suite K<br>Grayslake, IL 60030 | Contact phone 847 223–5555<br>Email:  pidlas@aol.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ilene F Goldstein ESQ<br>Law Offices of Ilene F. Goldstein<br>900 Skokie Blvd<br>Ste 128<br>Northbrook, IL 60062 | Contact phone 847–562–9595<br>Email: ifgcourt@aol.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br><br>Contact phone 1–866–222–8029<br><br>Date: 11/12/19 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 5, 2019 at 03:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number.** | Location:<br><br>**301 Greenleaf Avenue, Courtroom B, Park City, IL 60085** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 2/3/20** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                  Case No. 19-31858-ABG
Jill M. Plasky                                                          Chapter 7
        Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0752-1          User: lsims                  Page 1 of 2          Date Rcvd: Nov 12, 2019
                              Form ID: 309A                Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 14, 2019.
db             Jill M. Plasky,    56 Bridlepath Dr,     Lindenhurst, IL 60046-4958
tr            +Ilene F Goldstein, ESQ,    Law Offices of Ilene F. Goldstein,    900 Skokie Blvd,   Ste 128,
               Northbrook, IL 60062-4052
28369477     ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
              (address filed with court: Fifth Third Bank,     38 Fountain Square Plaza,
                Cincinnati, OH 45263-0000)
28369476       Farmington Green Homeowners' Association,    3095 Farmington Dr,    Lindenhurst, IL 60046-4964
28369479       Heritage Trails HOA,    C/O Management Realty Partners,    2704 Grand Ave,
                Waukegan, IL 60085-2407
28369481       Medical Revenue Service,    645 Walnut St Ste 5,    Gadsden, AL 35901-4173
28369482       Music Center of Deerfield,    811 Waukegan Rd,    Deerfield, IL 60015-3205
28369483       New Hope Behavioral Health Inc.,    121 S Wilke Rd Ste 101,    Arlington Heights, IL 60005-1524
28369484      +NorthShore University HealthSystem,    23056 Network Place,    Chicago, IL 60673-1230
28369469       Paul Idlas,    1099 N Corporate Cir,    Grayslake, IL 60030-1688
28369468       Plasky Jill M,    56 Bridlepath Dr,    Lindenhurst, IL 60046-4958
28369485       Specialized Loan Servicing,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
28369487      +United Collection Bureau, Inc,    5620 Southwyck Blvd Suite 206,    Toledo, OH 43614-1501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: pidlas@aol.com Nov 13 2019 03:31:30      Paul R Idlas,
                Law Offices Of Paul R. Idlas,    1099 N Corporate Circle,   Suite K,    Grayslake, IL 60030
28369470      +EDI: BANKAMER.COM Nov 13 2019 07:48:00      Bank Of America,    PO Box 5170,
                Simi Valley, CA 93062-5170
28369471      +EDI: CAPITALONE.COM Nov 13 2019 07:48:00      Capital One,    PO Box 30285,
                Salt Lake City, UT 84130-0285
28369472      +EDI: CITICORP.COM Nov 13 2019 07:48:00      Citibank,    PO Box 6077,
                Sioux Falls, SD 57117-6077
28369473       E-mail/Text: mediamanagers@clientservices.com Nov 13 2019 03:33:37       Client Services,
                PO Box 1503,   Saint Peters, MO 63376-0027
28369474       E-mail/Text: bankruptcy@credencerm.com Nov 13 2019 03:37:11
                Credence Resource Management, LLC,    17000 Dallas Pkwy Ste 204,    Dallas, TX 75248-1940
28369475       E-mail/Text: bkcy@creditmgt.com Nov 13 2019 03:34:59      Credit Management Control, INC,
                PO Box 1654,   Green Bay, WI 54305-1654
28369478       E-mail/Text: data_processing@fin-rec.com Nov 13 2019 03:34:22
                Financal Recovery Services, INC.,    PO Box 385908,   Minneapolis, MN 55438-5908
28369480      +E-mail/Text: bncnotices@becket-lee.com Nov 13 2019 03:33:50      Kohls,    PO Box 3043,
                Milwaukee, WI 53201-3043
28369486       EDI: NEXTEL.COM Nov 13 2019 07:48:00      Sprint,    PO Box 4191,   Carol Stream, IL 60197-0000
28373200      +EDI: RMSC.COM Nov 13 2019 07:48:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                PO Box 41021,   Norfolk, VA 23541-1021
28369488       EDI: USBANKARS.COM Nov 13 2019 07:48:00      US Bank,    PO Box 790408,
                Saint Louis, MO 63179-0408
                                                                                               TOTAL: 12

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2019                                    Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: lsims                 Page 2 of 2             Date Rcvd: Nov 12, 2019
                              Form ID: 309A               Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 12, 2019 at the address(es) listed below:
              Ilene F Goldstein, ESQ    ifgcourt@aol.com,   IL35@ecfcbis.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Paul R Idlas    on behalf of Debtor 1 Jill M. Plasky pidlas@aol.com,   paul@idlas.com
                                                                                              TOTAL: 3
```